UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BHAMBRA,<br><br>　　　　　Defendant. | Case No. 09-cr-01088-EMC-1<br><br>**ORDER TO SHOW CAUSE**<br><br>Docket No. 304 |

　　　　On January 29, 2021, the U.S. Court of Appeals for the Ninth Circuit issued an order remanding this case for the limited purpose of providing appellant notice and an opportunity to request that the time for filing the notice of appeal be extended, for a period not to exceed 30 days from the expiration of the time prescribed by Federal Rule of Appellate Procedure 4(b), upon a finding of excusable neglect or good cause.

　　　　THE COURT hereby issues an ORDER TO SHOW CAUSE as to why the Court should not refuse to extend the period for filing of the notice of appeal for a period not to exceed 30 days from the expiration of the time otherwise prescribed by Rule 4(b).  Response due: **March 2, 2021**.

　　　　**IT IS SO ORDERED.**

Dated: February 18, 2021

_____
EDWARD M. CHEN
United States District Judge